IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Wesley R. Lantz Jr. | ) Case No. 18-22432 GLT |
| Michele R. Lantz, | ) Chapter 13 |
|    Debtor(s) | ) Document No. WO-1 |
| | ) |
| Wesley R. Lantz Jr., | ) |
|    Movant(s) | ) |
| Social Security No. XXX-XX- 7793 | ) |
| | ) Related to Document No. 17 |
| vs. | ) |
| | ) |
| Contour Flight Management Inc.and | ) |
| Ronda J. Winnecour, Trustee | ) |
|    Respondent(s) | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 29, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Contour Flight Management Inc.
Attn: Payroll
PO Box 899
Smyrna, TN 37167-0000

Wesley R. Lantz, Jr.
516 Center Avenue
Charleroi, PA 15022

Date of Service:    June 29, 2018        /s/ Christopher M. Frye
                                                                                  Christopher M. Frye, Esquire
                                                                                  Attorney for the Debtor
                                                                                   STEIDL & STEINBERG
                                                                                   Suite 2830, Gulf Tower
                                                                                   707 Grant Street
                                                                                   Pittsburgh, PA 15219
                                                                                   (412) 391-8000
                                                                                   Chris.frye@steidl-steinberg.com
                                                                                  PA I.D. No. 208402