IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Wesley R. Lantz Jr. | ) Case No. 18-22432 GLT |
| Michele R. Lantz, | ) Chapter 13 |
| Debtor(s) | ) Document No. WO-1 |
| | ) |
| Wesley R. Lantz Jr., | ) |
| Movant(s) | ) |
| Social Security No. XXX-XX- 7793 | ) Related to Document No. 23 |
| | ) |
| vs. | ) |
| | ) |
| Skyward Aviation and | ) |
| Ronda J. Winnecour, Trustee | ) |
| Respondent(s) | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 10, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Skyward Aviation
Attn: Payroll
155 Airport Road
Washington, PA 15301

Wesley R. Lantz, Jr.
516 Center Avenue
Charleroi, PA 15022

Date of Service:    July 10, 2018        /s/ Christopher M. Frye
                                         Christopher M. Frye, Esquire
                                         Attorney for the Debtor
                                         STEIDL & STEINBERG
                                         Suite 2830, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         Chris.frye@steidl-steinberg.com
                                         PA I.D. No. 208402