MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Lantz Jr._____ JAD/TPA/CMB/**GLT**

Case Number: __18-22432__

Date of Meeting: __7/30/18__    Recording # __24__
Debtor(s) present __✓__ or Not Present ___ ( ✓ No Payments Made or __ partial payments)
Attorney for debtor(s) __Frye / Steidl__ (Present __✓__ or Not Present ___)
Date of Plan at § 341: __5-21-18__    Applicable commitment period ___ 3 yrs __✓__ 5 yrs

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD           _____ Order to Show Cause Requested
                                  _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
       _____ 341 Meeting OR __✓__ Conciliation Conf. OR __ *Contested Hearing
       On __Dec. 13, 2018__ at __2:00__ am/**pm** Location _____

__Kate DeSimone__
Chapter 13 Trustee/Attorney for Trustee