IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Wesley R. Lantz Jr. ) | Case No. 18-22432 GLT |
| Michele R. Lantz, ) | Chapter 13 |
| Debtor(s) ) | Document No. WO-1 |
| ) | |
| ) | Related to Docket No. 33 |
| Wesley R. Lantz Jr., ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 7793 ) | |
| ) | |
| vs. ) | |
| ) | |
| Mlaker School Bud Division and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 12, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Wesley & Michele Lantz
516 Center Ave.
Charleroi, Pa 15022

Mlaker School Bud Division
Attn: Payroll Department
1976 Valley View Drive
Davidsville, Pa 15928

Date of Service: September 12, 2018

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402