IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | FILED |
| Wesley R. Lantz Jr. | ) | 9/11/18 3:06 pm |
| Michele R. Lantz, | ) | CLERK |
| Debtor(s) | ) | U.S. BANKRUPTCY |
| | ) | COURT - WDPA |

IN RE:
)
Wesley R. Lantz Jr.           )   Case No. 18-22432 GLT
Michele R. Lantz,              )   Chapter 13
    Debtor(s)                     )   Document No. WO-1
                                       )
                                       )   Related to Dkt. No. 30
Wesley R. Lantz Jr.,         )
    Movant(s)                    )
                                       )
Social Security No. XXX-XX- 7793  )
                                       )
    vs.                              )
                                       )
Skyward Aviation and       )
Ronda J. Winnecour, Trustee  )
    Respondent(s)              )

## ORDER OF COURT

AND NOW, to wit, this ___11th___ day of ___September___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Wesley Lantz Jr. be terminated immediately.

Employer:

**Skyward Aviation**
**Attn: Payroll Dept.**
**155 Airport Road**
**Washington, Pa 15301**

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Wesley R. Lantz, Jr.
Michele R. Lantz
     Debtors

Case No. 18-22432-GLT
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 1 | Date Rcvd: Sep 11, 2018 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
db/jdb          +Wesley R. Lantz, Jr.,    Michele R. Lantz,    516 Center Avenue,    Charleroi, PA 15022-2212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
        Christopher M. Frye    on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com,
      julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        Christopher M. Frye    on behalf of Debtor Wesley R. Lantz, Jr. chris.frye@steidl-steinberg.com,
      julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
        James  Warmbrodt    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
     bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                     TOTAL: 6