Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Wesley R. Lantz Jr.
Michele R. Lantz**
   Debtor(s)

Bankruptcy Case No.: 18–22432–GLT
Related to Docket No. 40
Chapter: 13
Docket No.: 41 – 40
Concil. Conf.: March 21, 2019 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **January 28, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **February 12, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **March 21, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 14, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-22432-GLT
Wesley R. Lantz, Jr.                                                      Chapter 13
Michele R. Lantz
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel                Page 1 of 2              Date Rcvd: Dec 14, 2018
                               Form ID: 213              Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb         +Wesley R. Lantz, Jr.,    Michele R. Lantz,   516 Center Avenue,    Charleroi, PA 15022-2212
14902074      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court:   COLUMBIA GAS OF PENNSYLVANIA,    PO BOX 117,    COLUMBUS, OH 43216)
14876184       +Chrysler Capital,    P.O. Box 961275,   Fort Worth, TX 76161-0275
14865251       +Chrysler Capital,    P.O. Box 961245,   Fort Worth, TX 76161-0244
14865252       +Credence Resource Management,    PO Box 2147,    SOuthgate, MI 48195-4147
14865254       +Dept of Ed/Navient,   123 Justison St,    3rd Floor,    Wilmington, DE 19801-5360
14865255        Derienzo Family Practice,    17 Arentzen Blvd. Suite 101,    Charleroi, PA 15022-1085
14865257       +Equitable Acceptance Corporation,    1200 Ford Road,    Minnetonka, MN 55305-1616
14865258        Fed Loan Servicing,   PO Box 60610,    Harrisburg, PA 17106-0610
14865259       +Fedloan Servicing,   P.O. Box 60610,    Harrisburg, PA 17106-0610
14865260       +Financial Data Systems,    PO Box 688,    Wrightsville Beach, NC 28480-0688
14865261        First National Credit CA,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
14901360       +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
14865264      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:   M&T Bank,    Attn: Bankruptcy Department,    475 Cross Point Parkway,
                 Getzville, NY 14068)
14865265        M&T Bank,   PO Box 619063,   Dallas, TX 75261-9063
14865266       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14865267       +Medexpress Billing,    PO Box 719,   Dellslow, WV 26531-0719
14865268        Mon Valley Hospital,    PO Box 643216,   Pittsburgh, PA 15264-3216
14865269        Monongahela Valley Hospital,    P.O. Box 643216,   Pittsburgh, PA 15264-3216
14865273      #+Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14865278        South Hills Pain Rehab Assoc.,    575 Coal Valley Rd. Suite 277,    Clairton, PA 15025-3716
14960407        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14895272        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14865283       +Washington Physicians Group,    95 Leonard Ave,   Bldg 1, Suite 401,    Washington, PA 15301-3368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14897292       +E-mail/Text: g20956@att.com Dec 15 2018 02:34:31       AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14867160        E-mail/Text: ally@ebn.phinsolutions.com Dec 15 2018 02:33:14       Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14865248       +E-mail/Text: ally@ebn.phinsolutions.com Dec 15 2018 02:33:14       Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
14866297        E-mail/Text: ally@ebn.phinsolutions.com Dec 15 2018 02:33:14       Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14865249        E-mail/Text: ally@ebn.phinsolutions.com Dec 15 2018 02:33:14       Ally Finanical,
                 PO Box 130424,    Roseville, MN 55113-0004
14865250        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 02:41:47       Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14873147        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 02:42:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14865253        E-mail/PDF: creditonebknotifications@resurgent.com Dec 15 2018 02:41:28       Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14865256       +E-mail/Text: bankruptcynotices@dcicollect.com Dec 15 2018 02:34:30       Diversified Consultants,
                 PO Box 551268,    Jacksonville, FL 32255-1268
14865262       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 15 2018 02:35:04       Genesis Bankcard Services,
                 PO Box 4499,    Beaverton, OR 97076-4499
14865263        E-mail/Text: cio.bncmail@irs.gov Dec 15 2018 02:33:22       Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14891457       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2018 02:33:59       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14909464        E-mail/PDF: pa_dc_claims@navient.com Dec 15 2018 02:41:27
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14899150        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:41:23
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14865447       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:53:36
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14868412        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 02:33:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14865277       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:53:36
                 Porfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk, VA 23541-0914
14903678        E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2018 02:33:39
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,    Kirkland, WA  98083-0788
14878399        E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2018 02:33:39
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
14865279       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 02:41:43       Synchrony Bank/ Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013

```
District/off: 0315-2          User: jhel                 Page 2 of 2                  Date Rcvd: Dec 14, 2018
                              Form ID: 213               Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14865280        +E-mail/Text: bankruptcydepartment@tsico.com Dec 15 2018 02:34:36      Transworld Systems,
                 PO Box 15273,    Wilmington, DE 19850-5273
14865282         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 15 2018 02:33:10
                 Verizon,    500 Technology Drive, Suite 550,    Water Spring, MO 66304
14896044         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 02:42:00      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LAKEVIEW LOAN SERVICING, LLC
cr              M&T Bank as servicer for Lakeview Loan Servicing,
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14865270*       Monongahela Valley Hospital,    P.O. Box 643216,    Pittsburgh, PA 15264-3216
14865271*       Monongahela Valley Hospital,    P.O. Box 643216,    Pittsburgh, PA 15264-3216
14865272*       Monongahela Valley Hospital,    P.O. Box 643216,    Pittsburgh, PA 15264-3216
14865274*      +Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14865275*      +Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14865276*      +Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14865281*      +Transworld Systems,    PO Box 15273,    Wilmington, DE 19850-5273
                                                                                 TOTALS: 2, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Christopher M. Frye    on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Debtor Wesley R. Lantz, Jr. chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James  Warmbrodt    on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```