IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wesley R. Lantz Jr. | ) | Case No. 18-22432 GLT |
| Michele R. Lantz, | ) | Chapter 13 |
| Debtor(s) | ) | Document No.  WO-1 |
| | ) | |
| | ) | Related to Docket No. 49 |
| Wesley R. Lantz Jr., | ) | |
| Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 7793 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Mlaker School Bud Division and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 9, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee          Wesley & Michelle Lantz
Suite 3250 – US Steel Tower          516 Center Avenue
600 Grant Street                     Charleroi, Pa 15022
Pittsburgh, PA 15219

Mlaker School Bud Division
Attn: Payroll Department
1976 Valley View Drive
Davidsville, Pa 15928

Date of Service: January 9, 2019          /s/ Christopher M. Frye
                                          Christopher M. Frye, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          Suite 2830, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          Chris.frye@steidl-steinberg.com
                                          PA I.D. No. 208402