FILED
7/11/19 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-22432-GLT |
| Wesley R. Lantz, Jr. | ) | |
| Michele R. Lantz | ) | |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | Related to Dkt. Nos. 42 and 52 |
| | ) | |

## CONSENT ORDER MODIFYING DECEMBER 14, 2018 ORDER

AND NOW, this 11th day of July, 2019, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated December 14, 2018 it is

ORDERED that Part "1.G." be amended to add the following: Claim No. 3 of PA Revenue.

ORDERED that Part "1.H" be amended to state that Lakeview Claim No. 15 governs following all payment changes of record.

The December 14, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Gregory L. Taddonio
U.S. BANKRUPTCY JUDGE

cgt

Case Administrator to serve all parties on the mailing matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-22432-GLT
Wesley R. Lantz, Jr.                                                    Chapter 13
Michele R. Lantz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                Page 1 of 2               Date Rcvd: Jul 11, 2019
                              Form ID: pdf900           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db/jdb         +Wesley R. Lantz, Jr.,   Michele R. Lantz,   516 Center Avenue,   Charleroi, PA 15022-2212
14902074       ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                 (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,    PO BOX 117,   COLUMBUS, OH 43216)
14876184       +Chrysler Capital,   P.O. Box 961275,   Fort Worth, TX 76161-0275
14865251       +Chrysler Capital,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14865252       +Credence Resource Management,   PO Box 2147,   SOuthgate, MI 48195-4147
14865254       +Dept of Ed/Navient,   123 Justison St,   3rd Floor,   Wilmington, DE 19801-5360
14865255        Derienzo Family Practice,   17 Arentzen Blvd. Suite 101,   Charleroi, PA 15022-1085
14865257       +Equitable Acceptance Corporation,   1200 Ford Road,   Minnetonka, MN 55305-1616
14865258        Fed Loan Servicing,   PO Box 60610,   Harrisburg, PA 17106-0610
14865259       +Fedloan Servicing,   P.O. Box 60610,   Harrisburg, PA 17106-0610
14865260       +Financial Data Systems,   PO Box 688,   Wrightsville Beach, NC 28480-0688
14865261        First National Credit CA,   500 E 60th Street N,   Sioux Falls, SD 57104-0478
14901360       +Lakeview Loan Servicing, LLC,   PO Box 840,   Buffalo, NY 14240-0840
14865264       ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,   Attn: Bankruptcy Department,   475 Cross Point Parkway,
                 Getzville, NY 14068)
14865265        M&T Bank,   PO Box 619063,   Dallas, TX 75261-9063
14865266       +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
14865267       +Medexpress Billing,   PO Box 719,   Dellslow, WV 26531-0719
14865268        Mon Valley Hospital,   PO Box 643216,   Pittsburgh, PA 15264-3216
14865269        Monongahela Valley Hospital,   P.O. Box 643216,   Pittsburgh, PA 15264-3216
14865278        South Hills Pain Rehab Assoc.,   575 Coal Valley Rd. Suite 277,   Clairton, PA 15025-3716
14960407        U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
14895272        UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14865283       +Washington Physicians Group,   95 Leonard Ave,   Bldg 1, Suite 401,   Washington, PA 15301-3368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14897292       +E-mail/Text: g20956@att.com Jul 12 2019 10:46:46     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14867160        E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2019 10:45:51     Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
14865248       +E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2019 10:45:51     Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
14866297        E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2019 10:45:51     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14865249        E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2019 10:45:51     Ally Finanical,
                 PO Box 130424,   Roseville, MN 55113-0004
14865250        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 01:43:20     Capital One Bank,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
14873147        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 01:43:33
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
14865253        E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 01:43:22     Credit One Bank,
                 P.O. Box 98872,   Las Vegas, NV 89193-8872
14865256       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 12 2019 10:46:46     Diversified Consultants,
                 PO Box 551268,   Jacksonville, FL 32255-1268
14865262       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 12 2019 10:47:01     Genesis Bankcard Services,
                 PO Box 4499,   Beaverton, OR 97076-4499
14865263        E-mail/Text: cio.bncmail@irs.gov Jul 12 2019 10:45:58     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14891457       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2019 10:46:27     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14909464        E-mail/PDF: pa_dc_claims@navient.com Jul 12 2019 01:43:36
                 Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14899150        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 01:43:21
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14865447       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 01:43:34
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14868412        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 10:46:17
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14865277       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2019 01:43:34
                 Porfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk, VA 23541-0914
14903678        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2019 10:46:10
                 Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA 98083-0788
14878399        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2019 10:46:10
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
14865279       +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 01:43:49     Synchrony Bank/ Amazon,
                 PO Box 960013,   Orlando, FL 32896-0013
```

```
District/off: 0315-2          User: mgut                    Page 2 of 2                   Date Rcvd: Jul 11, 2019
                              Form ID: pdf900               Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14865280       +E-mail/Text: bankruptcydepartment@tsico.com Jul 12 2019 10:46:49      Transworld Systems,
                 PO Box 15273,    Wilmington, DE 19850-5273
14865282        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 12 2019 10:45:46
                 Verizon,    500 Technology Drive, Suite 550,    Water Spring, MO 66304
14896044        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2019 01:54:15      Verizon,
                 by American InfoSource as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LAKEVIEW LOAN SERVICING, LLC
cr              M&T Bank as servicer for Lakeview Loan Servicing,
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14865270*       Monongahela Valley Hospital,    P.O. Box 643216,   Pittsburgh, PA 15264-3216
14865271*       Monongahela Valley Hospital,    P.O. Box 643216,   Pittsburgh, PA 15264-3216
14865272*       Monongahela Valley Hospital,    P.O. Box 643216,   Pittsburgh, PA 15264-3216
14865274*      +Penn Credit Corp,    916 S. 14th Street,   Harrisburg, PA 17104-3425
14865275*      +Penn Credit Corp,    916 S. 14th Street,   Harrisburg, PA 17104-3425
14865276*      +Penn Credit Corp,    916 S. 14th Street,   Harrisburg, PA 17104-3425
14865281*      +Transworld Systems,    PO Box 15273,   Wilmington, DE 19850-5273
14865273      ##+Penn Credit Corp,    916 S. 14th Street,   Harrisburg, PA 17104-3425
                                                                                         TOTALS: 2, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Debtor Wesley R. Lantz, Jr. chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt     on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```