IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wesley R. Lantz and | ) | Bankruptcy No. 18-22432 GLT |
| Michele R. Lantz, | ) | Chapter 13 |
| | ) | Related to Claim No. 15 |
| Debtors | ) | |
| | ) | |
| Lakeview Loan Servicing | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Wesley R. Lantz and | ) | |
| Michele R. Lantz, | ) | |

Respondents

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, come the debtors, Wesley R. Lantz & Michele R. Lantz, by and through their attorney, Christopher M. Frye and Steidl and Steinberg, and respectfully represent as follows:

1. Debtors' attorney has been notified that the monthly mortgage payment is now $441.05.

2. The Plan is adequately funded and no amended Plan is necessary in this case. The new post-petition monthly mortgage payment payable to Lakeview Loan Servicing in the sum of $441.05 is effective January 1, 2020 per the Notice of Mortgage Payment Change dated December 11, 2019.

Respectfully submitted,

February 15, 2020         /s/ Christopher M. Frye
    DATE                             Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402