**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/16/2021

IN RE:

WESLEY R. LANTZ, JR.
MICHELE R. LANTZ
516 CENTER AVENUE
CHARLEROI, PA  15022
XXX-XX-7793        Debtor(s)

XXX-XX-2643

Case No.18-22432 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/16/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9642 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: M AND T BANK~LAKEVIEW LN SVNG/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3   INT %: 4.00%<br>Court Claim Number: 2<br>CLAIM: 5,677.36<br>COMMENT: 910/CL*$CL2GOVS@MDF*5935@4%/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7939 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 6<br>CLAIM: 20,953.25<br>COMMENT: CL6GOVS@6%/CONF*21215@6%/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2131 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 7/18 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7044 |
| **M & T BANK**<br>PO BOX 619063<br>DALLAS, TX 75261 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,525.86<br>COMMENT: 6148.35@0%/PL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7793 |
| **ALLY FINANCIAL****<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br>PHOENIX, AZ 85062-8369 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 12,143.34<br>COMMENT: X9235~AUTO DFNCY BLNC/SCH*DEFICIENCY CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2645 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,937.63<br>COMMENT: X0894/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4376 |
| **CREDENCE RESOURCE MANAGEMENT**<br>17000 DALLAS PKWY STE 204<br>DALLAS, TX 75248 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4283 |

| Creditor | Address | Trustee Claim # | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| CREDIT ONE BANK | POB 98872, LAS VEGAS, NV 89193-8872 | 11 | | 0.00 | | UNSECURED CREDITOR | 7955 |
| NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM | C/O US DEPT OF EDUCATION SVCNG, PO BOX 4450, PORTLAND, OR 97208-4450 | 12 | 18-2 | 8,608.98 | X2013/SCH*GU OKAY*AMD | UNSECURED CREDITOR | 7793 |
| DERIENZO FAMILY PRACTICE | 17 ARENTZEN BLVD STE 101, CHARLEROI, PA 15022-1085 | 13 | | 0.00 | | UNSECURED CREDITOR | 7699 |
| DIVERSIFIED CONSULTANTS++ | POB 551268, JACKSONVILLE, FL 32255 | 14 | | 0.00 | DIRECTV/SCH | UNSECURED CREDITOR | 5609 |
| EQUITABLE ACCEPTANCE CORP | 1200 FORD RD, HOPKINS, MN 55305 | 15 | | 0.00 | | UNSECURED CREDITOR | 1000 |
| US DEPARTMENT OF EDUCATION | C/O FEDLOAN SERVICING, PO BOX 790234, ST LOUIS, MO 63179 | 16 | 20-2 | 48,426.44 | X7FD0/SCH*GU BAR OK*AMD | UNSECURED CREDITOR | 2643 |
| FED LOAN SERVICING | PO BOX 790234, ST LOUIS, MO 63179 | 17 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 6FD0 |
| FINANCIAL DATA SYSTEMS | 1638 MILITARY CUTOFF RD, WILMINGTON, NC 28403 | 18 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 0144 |
| FIRST NATIONAL CREDIT CARD | POB 5097, SIOUX FALLS, SD 57117-5097 | 19 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 4087 |
| GENESIS BANKCARD SVCS INC | C/O QUANTUM3 GROUP LLC, POB 788, KIRKLAND, WA 98083-0788 | 20 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 0444 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 3,306.72<br>COMMENT: X0021/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2192 |
| **MED EXPRESS BILLING**<br>POB 719<br><br>DELLSLOW, WV 26531 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3908 |
| **MON VALLEY HOSPITAL++**<br>PO BOX 643216<br><br>PITTSBURGH, PA 15264-3216 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8911 |
| **MON VALLEY HOSPITAL++**<br>PO BOX 643216<br><br>PITTSBURGH, PA 15264-3216 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8598 |
| **MON VALLEY HOSPITAL++**<br>PO BOX 643216<br><br>PITTSBURGH, PA 15264-3216 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9076 |
| **MON VALLEY HOSPITAL++**<br>PO BOX 643216<br><br>PITTSBURGH, PA 15264-3216 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2697 |
| **MON VALLEY HOSPITAL++**<br>PO BOX 643216<br><br>PITTSBURGH, PA 15264-3216 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2091 |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0412 |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0312 |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0507 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA  17108 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0303 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  602.55<br>COMMENT:  CABELA'S*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9697 |
| **SOUTH HILLS PAIN REHAB ASSOCIATES**<br>575 COAL VALLEY RD STE 277<br><br>CLAIRTON, PA  15025-3716 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4072 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  296.08<br>COMMENT:  X6942/SCH*AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9642 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9159 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9513 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  85.22<br>COMMENT:  X3248/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2744 |
| **WASHINGTON PHYSICIANS GROUP**<br>POB 855<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4809 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  3.35<br>COMMENT:  CL3GOVS/COE*NT/SCH*2016 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7793 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  70.11<br>COMMENT:  CL3GOVS/COE*NT/SCH-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  7793 |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 41  INT %: 0.00% <br> Court Claim Number: 4 | CLAIM: 419.65 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7793 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 42  INT %: 0.00% <br> Court Claim Number: 7 | CLAIM: 667.66 <br> COMMENT: NT/SCH*HERITAGE VALLEY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9370 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O M & T BANK <br> ATTN TRUSTEE PAYMENT CTR <br> PO BOX 1288 <br> BUFFALO, NY 14240-1288 | Trustee Claim Number: 43  INT %: 0.00% <br> Court Claim Number: 15 | CLAIM: 1,366.30 <br> COMMENT: CL15GOVS*500@MT BANK/PL*THRU 6/18 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 7044 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** <br> PO BOX 248838 <br> OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 44  INT %: 0.00% <br> Court Claim Number: 12 | CLAIM: 88.22 <br> COMMENT: NUM NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2746 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 45  INT %: 0.00% <br> Court Claim Number: 9 | CLAIM: 675.84 <br> COMMENT: NT/SCH*UNIV OF PGH PHYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2643 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 46  INT %: 0.00% <br> Court Claim Number: 10 | CLAIM: 1,105.69 <br> COMMENT: NT/SCH*UNIV OF PGH PHYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7793 |
| **AT & T MOBILITY II LLC** <br> C/O AT & T SERVICES INC <br> ONE AT & T WAY RM 3A104 <br> BEDMINSTER, NJ 07921 | Trustee Claim Number: 47  INT %: 0.00% <br> Court Claim Number: 13 | CLAIM: 1,225.41 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1949 |
| **COLUMBIA GAS OF PA INC(*)** <br> PO BOX 117 <br> COLUMBUS, OH 48216-0117 | Trustee Claim Number: 48  INT %: 0.00% <br> Court Claim Number: 16 | CLAIM: 31.53 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7793 |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC** <br> C/O QUANTUM 3 GROUP <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 49  INT %: 0.00% <br> Court Claim Number: 17 | CLAIM: 346.45 <br> COMMENT: NT/SCH*CELTIC*INDIGO | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5676 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O M & T BANK <br> ATTN TRUSTEE PAYMENT CTR <br> PO BOX 1288 <br> BUFFALO, NY 14240-1288 | Trustee Claim Number: 50  INT %: 0.00% <br> Court Claim Number: 15 | CLAIM: 650.00 <br> COMMENT: NT/PL*NTC POSTPET FEE/EXP*REF CL*W/43 | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 7044 |

| AIS PORTFOLIO SERVICES (AMERICAN INFO SC | Trustee Claim Number: 51  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT: ALLY BANK/PRAE | |

Case 18-22432-GLT    Doc 69    Filed 09/16/21    Entered 09/16/21 15:42:08    Desc
Page 8 of 8