IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wesley R. Lantz, Jr. and | ) | Bankruptcy No. 18-22432 GLT |
| Michele R. Lantz, | ) | Chapter 13 |
| | ) | Document No. |
| Debtors | ) | |
| | ) | |
| Wesley R. Lantz, Jr. and | ) | |
| Michele R. Lantz, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, come the Movants, Wesley R. Lantz, Jr. and Michele R. Lantz, by and through their attorney, Christopher M. Frye and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. At the time of filing, the Movants had an address of 516 Center Avenue, North Charleroi, PA 15022.

2. The Movant, Michele R. Lantz has since moved and her new address is 208 Russie Avenue, Bentleyville, PA 15314.

3. The Movant, Wesley R. Lantz, still resides at 516 Center Avenue, North Charleroi, PA 15022.

WHEREFORE, the Movants, Wesley R. Lantz, Jr. and Michele R. Lantz, respectfully file this Notice of Change of Address.

                                            Respectfully submitted,

November 9, 2021                  /s/ Christopher M. Frye
DATE                                   Christopher M. Frye, Esquire
                                          Attorney for the Debtors
                                          STEIDL & STEINBERG
                                          Suite 2830, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219

(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402