FILED
4/7/22 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 18-22432-GLT |
| | : | Chapter: 13 |
| Wesley R. Lantz, Jr. | : | |
| Michele R. Lantz | : | |
| | : | Date: 4/6/2022 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**
#73 Application to Employ Christina DeMarco-Breeden, Esquire as Special Counsel for Debtor's Divorce
#75 Response by Trustee

**APPEARANCES:**
Debtor:    Abagale Steidl
Trustee:   Owen Katz

**NOTES:** [9:38 a.m.]

Court: Although the engagement began on August 18, 2021, the application was not filed until March 11, 2022, and the proposed order seeks authorization from the date of the application.

Steidl: We spoke with special counsel last week. She could not appear due to a scheduling conflict. As for the after-hours call rates, she indicated it's for a deterrence purpose.

Katz: How much of the retainer has been consumed by work completed by special counsel?

Steidl: Retainer has not been exhausted by "any stretch."

Katz: We would not have an objection to entering the order as long as the Court has an opportunity to review the fees for reasonableness.

Court: That's my thought as well. I will direct special counsel to file a supplement within 14 days as well. As to the reasonableness of the fees, we will see what the fee application looks like. $600 per hour appears to be excessive. I will approve the application with those items noted.

**OUTCOME:**

1. The *Application to Employ Christina DeMarco-Breeden, Esquire as Special Counsel for Debtor's Divorce* [Dkt. No. 73] is APPROVED. [JH to enter proposed order at Dkt. No. 73].

2. Within 14 days of this order, Special Counsel shall file a verified supplemental statement disclosing the amount of fees incurred between August 18, 2021 and March 11, 2022. Special Counsel shall also disclose any fees that were paid from/and or offset by the retainer paid by the Debtor. [Add to Order at Dkt. No. 73].

**DATED:** 4/6/2022