## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| WESLEY R. LANTZ, | Bankruptcy No. 18-22432 GLT |
| MICHELE R. LANTZ, | Chapter 13 |
|     Debtor(s) | |
| | |
| WESLEY R. LANTZ, | |
|     Movant(s) | |
| vs. | |
| RONDA J. WINNECOUR; | **VERIFIED STATEMENT** |
| Chapter 13 Trustee, | |
|     Respondent(s) | |

*Filed on behalf of:*

WESLEY R. LANTZ, Debtor

*Special Counsel of Record for this Party*:

Christina A. DeMarco-Breeden, Esquire

92 East Main Street

Suite 20

Uniontown, Pennsylvania 15401

724-747-5192

cadblaw@gmail.com

Supreme Court ID# 314875

## WESLEY R. LANTZ V. MICHELE R. LANTZ, No. 6887 of 2021

## INVOICE OF LEGAL SERVICES RENDERED

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/18/21 | Fee agreement and retainer | | ($1500.00; $200/hr.) |
| | Filing fee advance | | ($300.00) |
| | Client meeting | .85 | $170.00 |
| 10/20/21 | Draft complaint | 1.0 | $200.00 |
| 10/25/21 | Complaint filed | | $340.25 filing fee |
| 10/25/21 | Texts with client | .1 | $20.00 |
| 10/31/21 | Draft letter to Defendant | .2 | $40.00 |
| 11/1/21 | Certified mail sent to Defendant | | $14.36 postage |
| 11/1/21 | Texts with client | .1 | $20.00 |
| 12/8/21 | Texts with client | .1 | $20.00 |
| 12/15/21 | Review bankruptcy docs | .45 | $90.00 |
| 12/21/21 | Correspondence with bankruptcy counsel, inc. emails and mailing of documents | .5 | $100.00 |
| 1/5/22 | Draft letter to Defendant | .2 | $40.00, inc. postage |
| 1/5/22 | Texts with client | .1 | $20.00 |
| 1/27/22 | Texts with client | .1 | $20.00 |
| 2/15/22 | Texts with client | .1 | $20.00 |

**TOTAL: $1,114.61**

**REMAINING: $685.39***

***Client has incurred additional fees since 3/11/22 due to additional correspondence with bankruptcy counsel, and Defendant filing and withdrawing a child support action in Washington County that required additional consultation.**

## **VERIFICATION**

I, Christina A. DeMarco-Breeden, Esquire, verify that:

1. I am Debtor, Wesley R. Lantz's counsel of record in his divorce action, which is currently pending in the Court of Common Pleas of Washington County, Pennsylvania.

2. That the facts set forth in the foregoing pleading are true and correct to the best of my knowledge, information, and belief.

I understand that false statements herein are made subject to the penalties of 28 U.S. Code § 1746, relating to Unsworn Declarations Under Penalty of Perjury.

Date: April 19, 2022

/s/ Christina A. DeMarco-Breeden
_____

Christina A. DeMarco-Breeden, Esquire