IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  18-22432 GLT |
| | ) | Chapter 13 |
| WESLEY R. LANTZ, JR. | ) | Related Docket No. 81-82 |
| MICHELE R. LANTZ, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| WESLEY R. LANTZ, JR. | ) | |
| *Movant(s)* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | ) | |
| *Respondent(s)* | ) | |

## STATUS REPORT REGARDING VEHICLE FINANCING

AND NOW, comes the Debtor, Wesley R. Lantz, Jr., by and through his attorney Christopher M. Frye, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. The Debtor's request to finance a new vehicle was approved by this Court on August 18, 2022.

2. The Debtor has found a dealership that is willing to work with him to obtain financing to purchase a vehicle.

3. The Debtor is saving a for down payment on the vehicle and anticipates that a vehicle will be purchased by the end of November 2022.

4. The Debtor's counsel will file a Motion to Extend Time regarding the Order to Finance filed at Docket No .81.

WHEREFORE, the Debtor, Wesley R. Lantz, Jr., respectfully submits this Status Report.

Respectfully submitted,

October 26, 2022  /s/ Christopher M. Frye
DATE  Christopher M. Frye, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I. D. No.  208402