IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-22432 GLT |
| ) | Chapter 13 |
| WESLEY R. LANTZ, JR. ) | Related Docket No. 81 & 85 |
| MICHELE R. LANTZ, ) | |
| *Debtor(s)* ) | |
| ) | |
| WESLEY R. LANTZ, JR. ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondent(s)* ) | |

## REPORT OF FINANCING

AND NOW, comes the Debtor, Wesley R. Lantz, by and through his attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. On August 18, 2022, this Honorable Court entered an order at Docket No.81, approving the Debtor's request to finance a new vehicle.

2. This Honorable Court granted the Debtor's request to extend the period permitting him to finance on October 28, 2022 at Docket No. 28.

3. The Debtor has abandoned his attempt at financing a new or used vehicle.

4. The Debtor decided to purchase a 2009 Jeep Cherokee for $300.00, which he paid for in cash.

WHEREFORE, the Debtor, Wesley R. Lantz, respectfully file this Report of Financing.

                                              Respectfully submitted,

November 30, 2022              /s/ Christopher M. Frye
DATE                                 Christopher M. Frye, Esquire
                                              Attorney for the Debtor(s)

                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              chris.frye@steidl-steinberg.com
                                              PA I.D. No. 208402