FILED
4/4/23 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-22432 GLT |
| ) | Chapter 13 |
| WESLEY R. LANTZ, JR. ) | |
| MICHELE R. LANTZ, ) | |
| *Debtor(s)* ) | Related to Dkt. No. 90 |
| ) | |
| MICHELE R. LANTZ, ) | |
| *Movant(s)* ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE, ) | |
| *Respondent(s)* ) | |

**CONSENT ORDER OF COURT APRROVING DEBTOR TO FINANCE A MOTOR VEHICLE**

AND NOW, to wit, this 4th day of April 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase or lease a new or used motor vehicle;

2. The Debtor needs to replace her 2015 Dodge Dart;

3. The Debtor is permitted to trade in the 2015 Dodge Dart;

4. The vehicle must be purchased within 60 days of the date of this order;

5. The Debtor is permitted to pay the vehicle loan outside of the plan as there is less than six months remaining in the 60-month plan term;

6. Within 10 days of the financing of the motor vehicle the Debtor shall file Report of Financing;

Gregory L. Taddonio          jah
Chief United States Bankruptcy Judge

CONSENTED TO BY:

/s/ Kate DeSimone                                    /s/ Christopher M. Frye
Counsel for the Chapter 13 Trustee            Christopher M. Frye, Esquire
                                                                Counsel for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22432-GLT |
| Wesley R. Lantz, Jr. | Chapter 13 |
| Michele R. Lantz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wesley R. Lantz, Jr., 516 Center Avenue, Charleroi, PA 15022-2212 |
| jdb | + | Michele R. Lantz, 208 Russie Avenue, Bentleyville, PA 15314-1434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Debtor Wesley R. Lantz  Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Office of the United States Trustee | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 2 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6