**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/3/23 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  WESLEY R. LANTZ, JR.<br>MICHELE R. LANTZ<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  WESLEY R. LANTZ, JR.<br>MICHELE R. LANTZ<br><br>          Respondents | Case No.18-22432GLT<br><br>Chapter 13<br><br>Related to Docket No. 93 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this _3rd Day of August, 2023_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Charleroi Area School District<br>
Attn: Payroll Manager<br>
100 Fecsen Drive<br>
Charleroi,PA 15022

is hereby ordered to immediately terminate the attachment of the wages of WESLEY R. LANTZ, JR., social security number XXX-XX-7793. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WESLEY R. LANTZ, JR..

BY THE COURT:

_____
drb
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22432-GLT |
| Wesley R. Lantz, Jr. | Chapter 13 |
| Michele R. Lantz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wesley R. Lantz, Jr., 516 Center Avenue, Charleroi, PA 15022-2212 |
| jdb | + | Michele R. Lantz, 208 Russie Avenue, Bentleyville, PA 15314-1434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Debtor Wesley R. Lantz  Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei |

District/off: 0315-2    User: auto    Page 2 of 2
Date Rcvd: Aug 03, 2023    Form ID: pdf900    Total Noticed: 2

ster@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6