Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Wesley R. Lantz Jr.** | : | Case No. 18−22432−GLT |
| **Michele R. Lantz** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 101 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/29/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this *The 26th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 101 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

   (1) **On or before November 10, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *November 29, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wesley R. Lantz, Jr.  
Michele R. Lantz  
    Debtors

Case No. 18-22432-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 26, 2023      Form ID: 604      Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wesley R. Lantz, Jr., 516 Center Avenue, Charleroi, PA 15022-2212 |
| jdb | + | Michele R. Lantz, 208 Russie Avenue, Bentleyville, PA 15314-1434 |
| sp | + | Christina DeMarco-Breeden, 92 East Main St. Suite 20, Uniontown, PA 15401-3577 |
| 14902074 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14865255 | | Derienzo Family Practice, 17 Arentzen Blvd. Suite 101, Charleroi, PA 15022-1085 |
| 14865258 | | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14865259 | + | Fedloan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14865264 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, Attn: Bankruptcy Department, 475 Cross Point Parkway, Getzville, NY 14068 |
| 14865267 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14865268 | | Mon Valley Hospital, PO Box 643216, Pittsburgh, PA 15264-3216 |
| 14865269 | | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865278 | | South Hills Pain Rehab Assoc., 575 Coal Valley Rd. Suite 277, Clairton, PA 15025-3716 |
| 14960407 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14865283 | + | Washington Physicians Group, 95 Leonard Ave, Bldg 1, Suite 401, Washington, PA 15301-3368 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2023 06:06:46 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14897292 | + | Email/Text: g20956@att.com | Sep 27 2023 05:53:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14867160 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14866297 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14865248 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14865249 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Finanical, PO Box 130424, Roseville, MN 55113-0004 |
| 14865250 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 06:06:48 | Capital One Bank, PO Box 30281, Salt Lake City, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | UT 84130-0281 |
| 14873147 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:55:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14865251 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2023 05:53:00 | Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14876184 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2023 05:53:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14865252 | + | Email/Text: bankruptcy@credencerm.com | Sep 27 2023 05:53:00 | Credence Resource Management, PO Box 2147, SOuthgate, MI 48195-4147 |
| 14865253 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2023 05:55:45 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14865254 | + | Email/PDF: pa_dc_claims@navient.com | Sep 27 2023 06:06:40 | Dept of Ed/Navient, 123 Justison St, 3rd Floor, Wilmington, DE 19801-5360 |
| 14865256 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 27 2023 05:53:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14865260 | | Email/Text: takierra@fdscredit.com | Sep 27 2023 05:52:00 | Financial Data Systems, PO Box 688, Wrightsville Beach, NC 28480 |
| 14865261 | | Email/Text: BNSFN@capitalsvcs.com | Sep 27 2023 05:52:00 | First National Credit CA, 500 E 60th Street N, Sioux Falls, SD 57104-0478 |
| 14865262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 27 2023 05:53:00 | Genesis Bankcard Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 14865263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2023 05:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14901360 | ^ | MEBN | Sep 27 2023 05:47:26 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14865265 | | Email/Text: camanagement@mtb.com | Sep 27 2023 05:52:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14865266 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 27 2023 05:52:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14891457 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 05:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14909464 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 27 2023 06:06:39 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14899150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:06:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14865447 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 06:06:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14868412 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2023 05:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14865277 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:06:40 | Porfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 14903678 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14878399 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14865279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 06:06:37 | Synchrony Bank/ Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14865280 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 27 2023 05:53:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 604 | Total Noticed: 49 |

| 14895272 | | Email/Text: BNCnotices@dcmservices.com | | | |
|---|---|---|---|---|---|
| | | | Sep 27 2023 05:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 | |
| 15566589 | + | Email/Text: EBN@edfinancial.com | | | |
| | | | Sep 27 2023 05:52:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 | |
| 14865282 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | | |
| | | | Sep 27 2023 05:51:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 | |
| 14896044 | | Email/PDF: ebn_ais@aisinfo.com | | | |
| | | | Sep 27 2023 06:06:50 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 | |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865270 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865271 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865272 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865274 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865275 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865276 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865281 | *+ | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 14865257 | ##+ | Equitable Acceptance Corporation, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 14865273 | ##+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 26, 2023 | Form ID: 604 | Total Noticed: 49 |

Christopher M. Frye
 on behalf of Debtor Wesley R. Lantz Jr. chris.frye@steidl-steinberg.com,
 julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 6