**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WESLEY R. LANTZ, JR.<br>MICHELE R. LANTZ<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-22432<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/15/2018 and confirmed on 12/14/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,715.44 |
| Less Refunds to Debtor | 3,408.65 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,306.79 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 4,795.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,195.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 27,626.81 | 0.00 | 27,626.81 |
|     Acct: 7044 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 1,366.30 | 1,366.30 | 0.00 | 1,366.30 |
|     Acct: 7044 | | | | |
|   ALLY BANK(*) | 5,677.36 | 5,677.36 | 480.52 | 6,157.88 |
|     Acct: 7939 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR' | 20,953.25 | 20,953.25 | 3,162.76 | 24,116.01 |
|     Acct: 2131 | | | | |
| | | | | 59,267.00 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESLEY R. LANTZ, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESLEY R. LANTZ, JR. | 3,408.65 | 3,408.65 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 4,525.86 | 4,525.86 | 0.00 | 4,525.86 |
|     Acct: 7793 | | | | |
|   PA DEPARTMENT OF REVENUE* | 70.11 | 70.11 | 0.00 | 70.11 |
|     Acct: 7793 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 650.00 | 650.00 | 0.00 | 650.00 |
|     Acct: 7044 | | | | |
| | | | | 5,245.97 |
| **Unsecured** | | | | |
|   ALLY FINANCIAL** | 12,143.34 | 4,190.76 | 0.00 | 4,190.76 |
|     Acct: 2645 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,937.63 | 668.69 | 0.00 | 668.69 |
|     Acct: 4376 | | | | |
|   CREDENCE RESOURCE MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4283 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7955 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O THE DEF | 8,608.98 | 2,971.03 | 0.00 | 2,971.03 |
| | Acct: 7793 | | | | |
| | DERIENZO FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7699 | | | | |
| | DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5609 | | | | |
| | EQUITABLE ACCEPTANCE CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | US DEPARTMENT OF EDUCATION | 48,426.44 | 16,712.32 | 0.00 | 16,712.32 |
| | Acct: 2643 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6FD0 | | | | |
| | FINANCIAL DATA SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0144 | | | | |
| | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4087 | | | | |
| | GENESIS BANKCARD SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0444 | | | | |
| | MARINER FINANCE LLC | 3,306.72 | 1,141.17 | 0.00 | 1,141.17 |
| | Acct: 2192 | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3908 | | | | |
| | MON VALLEY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8911 | | | | |
| | MON VALLEY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8598 | | | | |
| | MON VALLEY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9076 | | | | |
| | MON VALLEY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2697 | | | | |
| | MON VALLEY HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2091 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0412 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0312 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0507 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0303 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 602.55 | 207.95 | 0.00 | 207.95 |
| | Acct: 9697 | | | | |
| | SOUTH HILLS PAIN REHAB ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4072 | | | | |
| | MIDLAND FUNDING LLC | 296.08 | 102.18 | 0.00 | 102.18 |
| | Acct: 9642 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9159 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9513 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 85.22 | 29.41 | 0.00 | 29.41 |
| | Acct: 2744 | | | | |
| | WASHINGTON PHYSICIANS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4809 | | | | |
| | PA DEPARTMENT OF REVENUE* | 3.35 | 1.16 | 0.00 | 1.16 |
| | Acct: 7793 | | | | |
| | INTERNAL REVENUE SERVICE* | 419.65 | 144.83 | 0.00 | 144.83 |
| | Acct: 7793 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI | 667.66 | 230.42 | 0.00 | 230.42 |

18-22432                                                                                                       Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 9370 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 88.22 | 30.45 | 0.00 | 30.45 |
|     Acct: 2746 | | | | |
|   UPMC PHYSICIAN SERVICES | 675.84 | 233.24 | 0.00 | 233.24 |
|     Acct: 2643 | | | | |
|   UPMC PHYSICIAN SERVICES | 1,105.69 | 381.58 | 0.00 | 381.58 |
|     Acct: 7793 | | | | |
|   AT & T MOBILITY II LLC | 1,225.41 | 422.90 | 0.00 | 422.90 |
|     Acct: 1949 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 31.53 | 10.88 | 0.00 | 10.88 |
|     Acct: 7793 | | | | |
|   QUANTUM3 GROUP LLC - AGENT GPCC I | 346.45 | 119.56 | 0.00 | 119.56 |
|     Acct: 5676 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9642 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 27,598.53 |

TOTAL PAID TO CREDITORS                                                                                     92,111.50

    TOTAL CLAIMED
    PRIORITY            5,245.97
    SECURED            27,996.91
    UNSECURED         79,970.76


Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   WESLEY R. LANTZ, JR.
   MICHELE R. LANTZ
        Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:18-22432

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wesley R. Lantz, Jr.  
Michele R. Lantz  
    Debtors

Case No. 18-22432-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 26, 2023      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wesley R. Lantz, Jr., 516 Center Avenue, Charleroi, PA 15022-2212 |
| jdb | + | Michele R. Lantz, 208 Russie Avenue, Bentleyville, PA 15314-1434 |
| sp | + | Christina DeMarco-Breeden, 92 East Main St. Suite 20, Uniontown, PA 15401-3577 |
| 14902074 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14865255 | | Derienzo Family Practice, 17 Arentzen Blvd. Suite 101, Charleroi, PA 15022-1085 |
| 14865258 | | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14865259 | + | Fedloan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14865264 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, Attn: Bankruptcy Department, 475 Cross Point Parkway, Getzville, NY 14068 |
| 14865267 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14865268 | | Mon Valley Hospital, PO Box 643216, Pittsburgh, PA 15264-3216 |
| 14865269 | | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865278 | | South Hills Pain Rehab Assoc., 575 Coal Valley Rd. Suite 277, Clairton, PA 15025-3716 |
| 14960407 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14865283 | + | Washington Physicians Group, 95 Leonard Ave, Bldg 1, Suite 401, Washington, PA 15301-3368 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2023 05:56:15 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14897292 | + | Email/Text: g20956@att.com | Sep 27 2023 05:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14867160 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14866297 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14865248 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14865249 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2023 05:51:00 | Ally Finanical, PO Box 130424, Roseville, MN 55113-0004 |
| 14865250 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 06:06:38 | Capital One Bank, PO Box 30281, Salt Lake City, |

Case 18-22432-GLT   Doc 107   Filed 09/28/23   Entered 09/29/23 00:29:23   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | UT 84130-0281 |
| 14873147 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:56:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14865251 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2023 05:53:00 | Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14876184 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2023 05:53:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14865252 | + | Email/Text: bankruptcy@credencerm.com | Sep 27 2023 05:53:00 | Credence Resource Management, PO Box 2147, SOuthgate, MI 48195-4147 |
| 14865253 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2023 05:56:12 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14865254 | + | Email/PDF: pa_dc_claims@navient.com | Sep 27 2023 06:06:45 | Dept of Ed/Navient, 123 Justison St, 3rd Floor, Wilmington, DE 19801-5360 |
| 14865256 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 27 2023 05:53:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14865260 | | Email/Text: takierra@fdscredit.com | Sep 27 2023 05:52:00 | Financial Data Systems, PO Box 688, Wrightsville Beach, NC 28480 |
| 14865261 | | Email/Text: BNSFN@capitalsvcs.com | Sep 27 2023 05:52:00 | First National Credit CA, 500 E 60th Street N, Sioux Falls, SD 57104-0478 |
| 14865262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 27 2023 05:53:00 | Genesis Bankcard Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 14865263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2023 05:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14901360 | ^ | MEBN | Sep 27 2023 05:47:27 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14865265 | | Email/Text: camanagement@mtb.com | Sep 27 2023 05:52:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14865266 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 27 2023 05:52:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14891457 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 05:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14909464 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 27 2023 05:55:27 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14899150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 05:55:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14865447 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 05:55:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14868412 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2023 05:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14865277 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:06:45 | Porfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 14903678 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14878399 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 05:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14865279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 05:56:13 | Synchrony Bank/ Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14865280 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 27 2023 05:53:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| 14895272 | | Email/Text: BNCnotices@dcmservices.com | | |
| --- | --- | --- | --- | --- |
| | | | Sep 27 2023 05:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15566589 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Sep 27 2023 05:52:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14865282 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 27 2023 05:51:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14896044 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Sep 27 2023 05:55:28 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865270 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865271 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865272 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865274 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865275 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865276 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865281 | *+ | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 14865257 | ##+ | Equitable Acceptance Corporation, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 14865273 | ##+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 49 |

Christopher M. Frye
    on behalf of Debtor Wesley R. Lantz Jr. chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6