| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wesley R. Lantz Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7793 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Michele R. Lantz <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2643 <br> EIN  __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  18–22432–GLT | | |

## Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wesley R. Lantz Jr.                                        Michele R. Lantz

11/13/23                                                   **By the court:** <u>Gregory L Taddonio</u>
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22432-GLT |
| Wesley R. Lantz, Jr. | Chapter 13 |
| Michele R. Lantz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wesley R. Lantz, Jr., 516 Center Avenue, Charleroi, PA 15022-2212 |
| jdb | + | Michele R. Lantz, 208 Russie Avenue, Bentleyville, PA 15314-1434 |
| sp | + | Christina DeMarco-Breeden, 92 East Main St. Suite 20, Uniontown, PA 15401-3577 |
| 14902074 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14865255 | | Derienzo Family Practice, 17 Arentzen Blvd. Suite 101, Charleroi, PA 15022-1085 |
| 14865258 | | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14865259 | + | Fedloan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14865264 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, Attn: Bankruptcy Department, 475 Cross Point Parkway, Getzville, NY 14068 |
| 14865267 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14865268 | | Mon Valley Hospital, PO Box 643216, Pittsburgh, PA 15264-3216 |
| 14865269 | | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865278 | | South Hills Pain Rehab Assoc., 575 Coal Valley Rd. Suite 277, Clairton, PA 15025-3716 |
| 14960407 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14865283 | + | Washington Physicians Group, 95 Leonard Ave, Bldg 1, Suite 401, Washington, PA 15301-3368 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Nov 14 2023 08:42:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14897292 | + EDI: CINGMIDLAND.COM | Nov 14 2023 08:42:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14867160 | EDI: GMACFS.COM | Nov 14 2023 08:42:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14866297 | EDI: GMACFS.COM | | |

Case 18-22432-GLT   Doc 111   Filed 11/15/23   Entered 11/16/23 00:36:25   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14865248 | + | EDI: GMACFS.COM | Nov 14 2023 08:42:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14865249 | | EDI: GMACFS.COM | Nov 14 2023 08:42:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14865250 | | EDI: CAPITALONE.COM | Nov 14 2023 08:42:00 | Ally Finanical, PO Box 130424, Roseville, MN 55113-0004 |
| 14873147 | | EDI: CAPITALONE.COM | Nov 14 2023 08:42:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14865251 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2023 08:42:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14876184 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2023 03:54:00 | Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14865252 | + | Email/Text: bankruptcy@credencerm.com | Nov 14 2023 03:54:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14865253 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2023 03:54:00 | Credence Resource Management, PO Box 2147, SOuthgate, MI 48195-4147 |
| 14865254 | + | Email/PDF: pa_dc_claims@navient.com | Nov 14 2023 04:08:28 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14865256 | + | EDI: DCI.COM | Nov 14 2023 04:08:44 | Dept of Ed/Navient, 123 Justison St, 3rd Floor, Wilmington, DE 19801-5360 |
| 14865260 | | Email/Text: takierra@fdscredit.com | Nov 14 2023 08:42:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14865261 | | Email/Text: BNSFN@capitalsvcs.com | Nov 14 2023 03:53:00 | Financial Data Systems, PO Box 688, Wrightsville Beach, NC 28480 |
| 14865262 | + | EDI: PHINGENESIS | Nov 14 2023 03:53:00 | First National Credit CA, 500 E 60th Street N, Sioux Falls, SD 57104-0478 |
| 14865263 | | EDI: IRS.COM | Nov 14 2023 08:42:00 | Genesis Bankcard Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 14901360 | ^ | MEBN | Nov 14 2023 08:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14865265 | | Email/Text: camanagement@mtb.com | Nov 14 2023 03:50:18 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14865266 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 14 2023 03:53:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14891457 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2023 03:53:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14909464 | | EDI: MAXMSAIDV | Nov 14 2023 03:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14899150 | | EDI: PRA.COM | Nov 14 2023 08:42:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14865447 | + | EDI: RECOVERYCORP.COM | Nov 14 2023 08:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14868412 | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14868412 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 08:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14865277 | + | EDI: PRA.COM | Nov 14 2023 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

Case 18-22432-GLT   Doc 111   Filed 11/15/23   Entered 11/16/23 00:36:25   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | Bypass Code | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2023 08:42:00 | Porfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 14903678 | | EDI: Q3G.COM | Nov 14 2023 08:42:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14878399 | | EDI: Q3G.COM | Nov 14 2023 08:42:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14865279 | + | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Synchrony Bank/ Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14865280 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 14 2023 03:54:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 14895272 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15566589 | + | Email/Text: EBN@edfinancial.com | Nov 14 2023 03:53:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14865282 | | EDI: VERIZONCOMB.COM | Nov 14 2023 08:42:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14896044 | | EDI: AIS.COM | Nov 14 2023 08:42:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865270 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865271 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865272 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865274 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865275 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865276 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865281 | *+ | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 14865257 | ##+ | Equitable Acceptance Corporation, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 14865273 | ##+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2023                    Signature:        /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 50

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Wesley R. Lantz Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6