**FILED**
11/13/23 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WESLEY R. LANTZ, JR.
MICHELE R. LANTZ
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-22432

Chapter 13

Related to Docket No. 101

## ORDER OF COURT

AND NOW, this ___ 13th Day of November, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22432-GLT |
| Wesley R. Lantz, Jr. | Chapter 13 |
| Michele R. Lantz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wesley R. Lantz, Jr., 516 Center Avenue, Charleroi, PA 15022-2212 |
| jdb | + | Michele R. Lantz, 208 Russie Avenue, Bentleyville, PA 15314-1434 |
| sp | + | Christina DeMarco-Breeden, 92 East Main St. Suite 20, Uniontown, PA 15401-3577 |
| 14902074 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14865255 | | Derienzo Family Practice, 17 Arentzen Blvd. Suite 101, Charleroi, PA 15022-1085 |
| 14865258 | | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14865259 | + | Fedloan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 14865264 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, Attn: Bankruptcy Department, 475 Cross Point Parkway, Getzville, NY 14068 |
| 14865267 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14865268 | | Mon Valley Hospital, PO Box 643216, Pittsburgh, PA 15264-3216 |
| 14865269 | | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865278 | | South Hills Pain Rehab Assoc., 575 Coal Valley Rd. Suite 277, Clairton, PA 15025-3716 |
| 14960407 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14865283 | + | Washington Physicians Group, 95 Leonard Ave, Bldg 1, Suite 401, Washington, PA 15301-3368 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2023 04:31:44 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14897292 | + | Email/Text: g20956@att.com | Nov 14 2023 03:54:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14867160 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14866297 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14865248 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14865249 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Ally Finanical, PO Box 130424, Roseville, MN 55113-0004 |
| 14865250 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:08:42 | Capital One Bank, PO Box 30281, Salt Lake City, |

Case 18-22432-GLT    Doc 112    Filed 11/15/23    Entered 11/16/23 00:36:25    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | UT 84130-0281 |
| 14873147 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2023 04:08:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14865251 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2023 03:54:00 | Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14876184 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2023 03:54:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14865252 | + | Email/Text: bankruptcy@credencerm.com | Nov 14 2023 03:54:00 | Credence Resource Management, PO Box 2147, SOuthgate, MI 48195-4147 |
| 14865253 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2023 04:08:28 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14865254 | + | Email/PDF: pa_dc_claims@navient.com | Nov 14 2023 04:09:00 | Dept of Ed/Navient, 123 Justison St, 3rd Floor, Wilmington, DE 19801-5360 |
| 14865256 | + | Email/Text: bankruptcynotices@dcicollect.com | Nov 14 2023 03:54:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14865260 | | Email/Text: takierra@fdscredit.com | Nov 14 2023 03:53:00 | Financial Data Systems, PO Box 688, Wrightsville Beach, NC 28480 |
| 14865261 | | Email/Text: BNSFN@capitalsvcs.com | Nov 14 2023 03:53:00 | First National Credit CA, 500 E 60th Street N, Sioux Falls, SD 57104-0478 |
| 14865262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2023 03:54:00 | Genesis Bankcard Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 14865263 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2023 03:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14901360 | ^ | MEBN | Nov 14 2023 03:50:20 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14865265 | | Email/Text: camanagement@mtb.com | Nov 14 2023 03:53:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14865266 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 14 2023 03:53:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14891457 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2023 03:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14909464 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 14 2023 04:08:35 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14899150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2023 04:09:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14865447 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 14 2023 04:08:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14868412 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14865277 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2023 04:31:51 | Porfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 14903678 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14878399 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2023 03:53:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14865279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:08:27 | Synchrony Bank/ Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14865280 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 14 2023 03:54:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14895272 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15566589 | + | Email/Text: EBN@edfinancial.com | Nov 14 2023 03:53:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14865282 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 14 2023 03:53:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 14896044 | | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2023 04:31:46 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14865270 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865271 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865272 | * | Monongahela Valley Hospital, P.O. Box 643216, Pittsburgh, PA 15264-3216 |
| 14865274 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865275 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865276 | *+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14865281 | *+ | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 14865257 | ##+ | Equitable Acceptance Corporation, 1200 Ford Road, Minnetonka, MN 55305-1616 |
| 14865273 | ##+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Michele R. Lantz chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 49 |

Christopher M. Frye
    on behalf of Debtor Wesley R. Lantz Jr. chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6